```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 06 B 16228
    ALLISON R ALEXANDER
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-5244


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/08/06 and confirmed on 03/07/07.

    2.  The case was dismissed after confirmation, 11/16/2007.

    3.  The Debtor paid a total of $   5560.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | .00 | .00 | .00 |
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 13000.00 | 350.34 | 1856.87 |
| MONTEREY FINANCIAL SVCS | SECURED | 700.00 | 13.74 | 130.80 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 569.72 | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY CARE & HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 3150.00 | .00 | .00 |
| PFG OF MINNESOTA | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGIST S | UNSECURED | NOT FILED | .00 | .00 |
| COL/DEBT COLLECTOR SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 250.00 | .00 | .00 |
| OLYMPIA FIELDS INTERNAL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 639.95 | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 2839.13 | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 963.10 | .00 | .00 |
| FOREST BROOK TOWNHOME AS | MORTGAGE ARRE | 1436.00 | .00 | 367.45 |
| MONTEREY FINANCIAL SVCS | SECURED | 600.00 | 11.86 | 108.65 |
| WACHOVIA DEALER SERVICES | UNSECURED | 303.34 | .00 | .00 |

```
MONTEREY FINANCIAL SVCS    UNSECURED       1913.81              .00              .00
MONTEREY FINANCIAL SVCS    UNSECURED       1015.73              .00              .00
PREMIER BANKCARD/CHARTER   UNSECURED        429.90              .00              .00
B LINE LLC                 UNSECURED        666.96              .00              .00
ILLINOIS DEPT REVENUE      UNSECURED       2962.12              .00              .00
ILLINOIS DEPT REVENUE      UNSECURED        470.54              .00              .00
ILLINOIS DEPT REVENUE      PRIORITY          60.00              .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15736.00        60.00     16174.30          .00     31970.30
PRINCIPAL PAID       2463.77          .00          .00          .00      2463.77
INTEREST PAID         375.94          .00          .00          .00       375.94
TOTAL PAID           2839.71          .00          .00          .00      2839.71
```

The Debtor's attorney, STAVER & GAINSBERG PC          , was allowed $   3000.00
and was paid $    474.00   direct and $   2526.00   through the plan.

The Trustee received $     194.29 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 16228 ALLISON R ALEXANDER